# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of TC Heartland, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KENAN TRANSPORT, LLC d/b/a KENAN ADVANTAGE GROUP, INC.,<br><br>    Defendants | Case No.: _____ |

## NOTICE OF REMOVAL

Defendant KAG Food Products, LLC, improperly named as Kenan Transport, LLC d/b/a Kenan Advantage Group, Inc. (Defendant), submits it's Notice of Removal, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 and the Local Rules for the United States District Court for the Southern District of Indiana and in support of the removal of this action from the Superior Court of Marion County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**The Action**

1.    This lawsuit was initiated by the Plaintiff, Liberty Mutual Insurance Company, as subrogee of TC Heartland, LLC (Plaintiff), in the Superior Court of Marion County, Indiana by the filing of their Complaint and Demand for Jury. The action is currently pending in that court as Case No. 49D13-2309-CT-038194 under

the caption *Liberty Mutual Insurance Company, as subrogee of TC Heartland, LLC vs. Kenan Transport, LLC d/b/a Kenan Advantage Group, Inc.* Defendant was served by certified mail, timely appearance by counsel and has filed a motion for enlargement of time to answer. Defendant's answer is due on December 19, 2023.

2. Pursuant to Local Rule 81-2, a copy of all process, pleadings and orders in the State Court Record is attached as *Exhibit A*. A copy of the operative Complaint is attached as *Exhibit B*. The undersigned verifies the State Court Record, attached as *Exhibit A,* is complete as of the date of removal.

3. There are no pending state court motions within the Superior Court of Marion County, Indiana.

## Statutory Grounds for Removal

4. This action is removable under 28 U.S.C. § 1441(a), which provides for the removal of state court civil actions over which U.S. District Courts have original jurisdiction. As set forth below, this Court has original jurisdiction over this action under 28 U.S.C. § 1332 because the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and the case is between citizens of different states.

## Citizenship of the Parties

5. Plaintiff Liberty Mutual Insurance Company is a Massachusetts corporation with its principle place of business in Massachusetts and is a citizen of Massachusetts for purposes of removal.

6. Defendant KAG Food Products, LLC is the proper corporate defendant for this matter. Kenan Transport, LLC d/b/a Kenan Advantage Group, Inc. does not exist. KAG Food Products, LLC is a Delaware limited liability company and has its principal place of business in Ohio. KAG Food Products, LLC's sole member is KAG Leasing, Inc. KAG Leasing, Inc. is a Delaware corporation with its principal place of business in Ohio. For completeness, Kenan Transport, LLC is a Delaware limited liability company and has a principal place of business in Ohio. Kenan Transport, LLC's sole member is KAG Leasing, Inc. KAG Leasing, Inc. is a Delaware corporation with its principal place of business in Ohio. Defendant is therefore a citizen of Delaware and Ohio for purposes of removal.

**Amount in Controversy**

7. Although Defendant denies all of Plaintiff's material allegations contained in their Complaint, the amount in controversy of the claims asserted by Plaintiff in the Complaint exceed $75,000.00, exclusive of interest and costs. Plaintiff's claimed damages can be ascertained from its Complaint. More specifically, Plaintiff alleges it sustained damages totaling $766,171.85. Thus, the amount in controversy exceeds the $75,000 jurisdictional threshold.

**Timeliness of Removal**

8. Pursuant to 28 U.S.C. § 1446(b)(3), "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the

case is one which is or has become removable." Service of Plaintiff's Complaint was made on Defendant on October 20, 2023. The deadline to file this notice of removal is November 20, 2023. This notice of removal is therefore timely.

### Notice of Removal to this District is Proper.

9. Removal venue exists in the United States District Court for the Southern District of Indiana, Indianapolis Division, because the Court in which the action was originally filed (Superior Court of Marion County, Indiana) is within this Court's jurisdiction.

### Notice of Filing of Notice of Removal to All Parties and to State Court Clerk

10. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the removal to Plaintiff and to the Clerk of the Superior Court for Marion, County, Indiana. Specifically, promptly after filing this Notice of Removal, Defendant shall electronically file, through the State of Indiana's E-Filing System, a Notice of Filing Notice of Removal and electronically serve all parties of record and the State Court Clerk, a true and correct copy of the Notice of Filing Notice of Removal which is attached hereto as *Exhibit C*.

### No Waiver

11. By filing this Notice of Removal, Defendant, does not waive any defenses available to them.

Defendant Kenan Transport, LLC d/b/a Kenan Advantage Group, Inc. respectfully removes this case to this Court.

Date: November 20, 2023                    Respectfully submitted,

                                           */s/ Janis E. Steck*
                                           Janis E. Steck / IN Bar 28791-49
                                           jsteck@scopelitis.com
                                           SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
                                           10 West Market Street, Suite 1400
                                           Indianapolis, Indiana 46204
                                           Telephone: 317-637-1777
                                           Facsimile: 317-687-2414

                                           *Attorney for Defendant Kenan Transport, LLC
                                           d/b/a Kenan Advantage Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed through the Court's electronic filing system on November 20, 2023, with copies served upon the following counsel of record electronically and by First Class United States Mail, postage prepaid.

Brad M. Gordon
bgordon@ghlaw-llp.com
GROTEFELD, HOFFMANN, GORDON, OCHOA & EVINGER, LLP
311 S. Wacker Dr.,
Suite 1500
Chicago, IL 60606

                                           */s/ Janis E. Steck*
                                           Janis E. Steck / IN Bar 28791-49

SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414
4859-9967-4509,