# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of TC Heartland, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KAG FOOD PRODUCTS, LLC<br><br>    Defendants | The court acknowledges the Stipulation of Dismissal, Dkt. [31]. The Clerk is DIRECTED to close this case on the docket. JPH 2/4/2025. Distribution via ECF.<br><br>Case No.: 1:23-cv-02099-JPH-TAB |

## STIPULATION OF DISMISSAL

Plaintiff Liberty Mutual Insurance Company, as subrogee of TC Heartland, LLC, by counsel and Defendant KAG Food Products, LLS, by counsel, hereby stipulate to the dismissal of this case with prejudice, costs paid.

Date: February 3, 2025

Respectfully submitted,

*/s/ Patrick P. Jarosch*
**Signature affixed by permission**
Patrick P. Jarosch / MN#0395445
pjarosch@ghlaw-llp.com
GROTEFELD HOFFMAN LLP
150 South Fifth Street, Suite 3650
Minneapolis, MN 55402
Telephone: 612-564-4891
Facsimile: 612-326-9996

*Attorney for Plaintiff Liberty Mutual Insurance Company*

*/s/ Janis E. Steck*
Janis E. Steck / IN Bar 28791-49
jsteck@scopelitis.com
SCOPELITIS GARVIN LIGHT
    HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414

*Attorney for Defendant KAG Food Products LLC*

4923-0363-4448,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of TC Heartland, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KAG FOOD PRODUCTS, LLC<br><br>    Defendants | Case No.: 1:23-cv-02099-JPH-TAB |

## ORDER OF DISMISSAL

The parties, having filed with the Court a Stipulation of Dismissal with Prejudice, and the Court having examined the Stipulation and being duly advised in the premises now orders the above-entitled cause be dismissed, WITH PREJUDICE, costs pre-paid.

Date:_____

_____
JUDGE, United States District Court
For the Southern District of Indiana
Indianapolis Division

Copies to:

*All Attorneys of Record*
4910-2954-9328,